IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) 1:19-cr-00071 |
| FREDDY PACHECO-ROMERO, | ) |
|     Defendant. | ) |
| | ) |

## MOTION TO APPOINT APPELLATE COUNSEL

COMES NOW the Defendant, Freddy Pacheco-Romero, and hereby moves this Court to appoint appellate counsel. In support, Defendant states as follows:

1.

On March 6, 2020, the Defendant filed a notice of appeal of the District Court's sentencing order.

2.

The Defendant/Appellant desires to raise the issue of ineffective assistance of counsel on appeal.

3.

If the undersigned continues to represent the Defendant/Appellant, she will be required to assert the claim of ineffective assistance against herself, thereby creating a conflict of interest.

4.

The Defendant/Appellant is entitled to counsel on appeal. He is currently in custody and subject to a hold from Immigration and Customs Enforcement. The Defendant/Appellant is indigent and eligible for CJA appointed counsel.

5.

WHEREFORE, the Defendant/Appellant respectfully requests that this Court grant his motion, appoint appellate counsel, and allow him to proceed *in forma pauperis* on appeal.

Respectfully submitted this 6th day of March, 2020.

/s/ Paula H. Lee
Paula H. Lee, Esq.
Counsel for Defendant

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) 1:19-cr-00071 | |
| FREDDY PACHECO-ROMERO, ) | |
|    Defendant. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the Motion to Appoint Appellate COunsel on the Office of the U.S. Attorney for the Northern District of Georgia by electronic delivery using this Court's CM/ECF system.

This 6th day of March, 2020.

/s/ Paula H. Lee
Paula H. Lee, Esq.
Counsel for Defendant