IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,    :

    :

    :

    :    CRIMINAL ACTION NO.

v.    :    1:19-CR-00077-LMM

    :

FREDRICO PACHECO-ROMERO (1)  :

and CARLOS MARTINEZ (4),    :

    :

    Defendants.    :

## ORDER ON REMAND

On March 23 -24, 2022, the Court conducted an evidentiary hearing on the issues raised in Appellant's Motion to Remand to District Court for an Evidentiary Hearing as ordered by the Eleventh Circuit Court of Appeals. This hearing was held after the Court heard from the parties as to the scope of the proposed hearing and the Court allowed the parties to conduct discovery on the disputed issues. The transcript of the evidentiary hearing is in the process of being prepared and will be completed within 30 days of the date of this Order. It is the Court's understanding that this concludes the scope of the remand to this Court.

**IT IS SO ORDERED** this _24th_ day of March, 2022.

**Leigh Martin May**
**United States District Judge**